```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 05957
    LISA JACKSON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-1667
```

---
                TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/03/07 .

     2.  The case was dismissed without confirmation, 08/31/2007.

     3.  The Debtor paid a total of $    3863.07 .

     4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| PARKER RIDGE HOMEOWNER A | SECURED | 60.00 | .00 | 60.00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAINE & WEINER | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERV | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR PROTECTION ASSO | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| MARY ELLEN HOYE MD | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |

           Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 60.00 | .00 | .00 | .00 | 60.00 |
| PRINCIPAL PAID | 60.00 | .00 | .00 | .00 | 60.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 60.00 | .00 | .00 | .00 | 60.00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $   2500.00
and was paid $    1066.00  direct and $    1434.00  through the plan.

The Trustee received $       32.93 .

Refunds to the Debtor totaled $   2336.14 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/23/08                        /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE